UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANONYMOUS<br>  *Plaintiff*,<br>v.<br>THE TJX COMPANIES, INC.<br>  *Defendant*. | Civil Action No.:<br><br>April 28, 2017 |

**MOTION TO PROCEED ANONYMOUSLY**

Pursuant to Fed. R. Civ P.5.2, the Plaintiff respectfully requests permission to proceed in this matter anonymously. Plaintiff further moves this Court to seal from public inspection the Declaration filed by counsel for Plaintiff which refers to Plaintiff by name. This relief is necessary because this action involves the disclosure of sensitive confidential medical information involving the Plaintiff's status as HIV positive—a diagnosis that involves significant stigma which may lead to adverse consequences should his status be made public. This information is further protected from public disclosure by the Health Insurance Portability and Accountability Act of 1996 ("HIPPA").

            RESPECTFULLY SUBMITTED,
            THE PLAINTIFF

            By _____
            Elizabeth Knight Adams, ct 26259
            The Adams Law Firm, P.C.
            41B New London Turnpike, Suite 7C
            Glastonbury, CT  06033
            Ph: (860)724-1300
            Fax: (860)724-1302
            Email: eadams@ekadamslaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was electronically delivered to the following counsel on this 28th day of April, 2017.

*As a Courtesy*
Joan Mitrou, Senior Attorney
The TJX Companies
770 Cochituate Road
Framingham, MA  01701

                                    RESPECTFULLY SUBMITTED,
                                    THE PLAINTIFF

By: _____
Elizabeth Knight Adams, ct 26259
The Adams Law Firm, P.C.